IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-85-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| AMY ROBINSON | ) | |
| | ) | |

THIS MATTER CAME ON FOR HEARING upon the United States' Motion to Seal dated July 21, 2011. For good cause shown, the Government's motion is hereby allowed. The Court orders that docket entry #32 attached to the Motion to Seal, and any subsequent Order by the Court granting or denying the motion, be placed under seal and made available only to counsel for the Government, other representatives of the Government, and counsel for Defendant.

IT IS SO ORDERED, this the __22__ day of July, 2011.

Honorable James C. Dever, III
United States District Judge