IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-85-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMY ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

On October 10, 2014, Amy Robinson filed a motion asking the court to recommend to FPC Alderson that Robinson spend the last 6 to 8 months of her sentence in a halfway house. The motion [D.E. 95] is DENIED without prejudice. The court leaves the decision concerning the halfway house with the Bureau of Prisons.

SO ORDERED. This 29 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge